**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,** <br><br>  Plaintiff, <br><br> v. <br><br> **F5 Networks, Inc.,** <br><br> Defendant. | Case No. 3:20-cv-00722-JAG <br><br> Patent Case <br><br> Jury Trial Demanded |

**[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.


Date: _____    _____