IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>Plaintiff,<br><br>v.<br><br>F5 Networks, Inc.,<br><br>Defendant. | Case No. 3:20-cv-00722-JAG<br><br>Patent Case<br><br>Jury Trial Demanded |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 20 October 2020

1